stated in memorandum per curiam. Settle order on notice. See, also, 164 App. Div. 947, 151 N. Y. Supp. 1149.

---

VULCAN DETINNING CO. v. ASSMAN et al. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by the Vulcan Detinning Company against Frank A. Assman and others. C. H. Ayres, of New York City, for appellants. E. S. Seidman, of New York City, for respondent. No opinion. Order affirmed on defendants' appeal, but modified on plaintiff's appeal, by denying motion to require particulars as to the demands numbered 3, 8, and 9, and, as so modified, affirmed, with $10 costs and disbursements to plaintiff. Settle order on notice. See, also, 165 App. Div. 982, 150 N. Y. Supp. 1116.

---

WALKOF v. FOX et al. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Nathaniel Walkof, as trustee, against Hugh C. Fox and another. No opinion. Application granted, upon defendants' filing stipulation that upon affirmance judgment absolute shall be rendered against them; if such stipulation be not filed within five days from service of order, application denied, with $10 costs. Order signed. See, also, 153 N. Y. Supp. 27.

---

WALLACE, Respondent, v. BUFFALO & LAKE ERIE TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Wilhelmina Wallace against the Buffalo & Lake Erie Traction Company. No opinion. Judgment and order affirmed, with costs.

---

WALTER v. FARRELL. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Moritz Walter against Katherine G. Farrell. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1147.

---

WARBASSE v. GALITZKA et al. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Appeal from Special Term, Kings County. Action by Herbert N. Warbasse against Herman Galitzka and others. Judgment for plaintiff, and certain defendants appeal. Affirmed. Charles C. Suffren, of Brooklyn, for appellants. Meier Steinbrink, of Brooklyn, for respondent.

PER CURIAM. The question upon this appeal is whether the plaintiff in possession of the premises in question is entitled to enjoin the defendants from taking by force such possession from him, and whether the defendants attempted to do that and indicated a disposition to continue such attempt. The evidence justifies the finding and judgment in regard to such issues. The question of the right of the plaintiff to the possession of the land sold to the G. I. G. Realty Company was not decided by the Trial Term, nor is it affected by our present decision.

Should the question later arise, it will be taken up anew and decision made uninfluenced by the present determination. Nor is it understood that the judgment is so broad as to preclude the defendants from taking, without force, possession of the same, provided they are entitled to the same. Bliss v. Johnson, 73 N. Y. 529. The judgment and order should be affirmed, with costs. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order affirmed, with costs.

---

WARD, Respondent, v. MORRIS PARK ESTATES, Appellant. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Action by Artemas Ward against the Morris Park Estates. Sullivan & Cromwell, of New York City, for appellant. Everett, Clarke & Benedict, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

In re WASHINGTON AVE. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) In the matter of opening and extending Washington Avenue from East River to Jackson Avenue, etc. No opinion. Motion denied. The original exhibit may be produced and submitted to the court on the argument. See, also, 164 App. Div. 955, 149 N. Y. Supp. 1117; 165 App. Div. 918, 150 N. Y. Supp. 1117.

---

WATTS v. DOULL MILLER CO. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Stephen K. Watts against the Doull Miller Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1148.

---

WEEKS v. INTERBORO RAPID TRANSIT CO., et al. (three cases). (Supreme Court, Appellate Division, First Department. May 28, 1915.) Actions by Anglesea Weeks and others against the Interboro Rapid Transit Company and another. No opinion. Motions granted. Orders filed.

---

WEIL, Respondent, v. RICHARDSON, Appellant. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Milton Weil against G. Dexter Richardson. J. B. Eiseman, of New York City, for appellant. C. McMillan, of New York City, for respondent. No opinion. Order modified, by denying motion to strike out thirty-fourth paragraph of amended answer, and by striking out the provision of the order requiring defendant to serve an amended answer, and, as modified, affirmed, without costs. Settle order on notice.

---

WEINBERG et al. v. SMITH. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Barnet Weinberg and another against Robert S. Smith. No opin-